RECEIVED
APR - 9 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN S. ROBINSON, Petitioner | CIVIL ACTION NO. 1:18-CV-1581-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 7), and after a de novo review of the record including the Objection filed by Petitioner (Doc. 10), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's claim for additional credit toward his sentence is DENIED and DISMISSED WITH PREJUDICE, but his challenge to the validity of the court order that reduced his sentence to 78 months or time served is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8 day of April, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE